**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CITY OF LAS CRUCES and COUNTY
OF DOÑA ANA

    Plaintiffs,

        v.                      No. 2:14-CV-00931-MV-LAM

THE TRAVELERS INDEMNITY COMPANY,
a Connecticut Corporation; and UNITED
STATES FIDELITY AND GUARANTY
COMPANY, a Maryland Corporation, 21st
CENTURY CENTENNIAL INSURANCE
COMPANY, a Pennsylvania Corporation , as
Successor in Interest in COLONIAL PENN
INSURANCE COMPANY, and THE HARTFORD
ACCIDENT & INDEMNITY COMPANY, a
Connecticut Corporation,

    Defendants.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on October 12, 2015, a true and correct copy of *Defendant Swiss Reinsurance America Holding Corporation, as Administrator of Certain Liabilities of Colonial Penn Insurance Company, Improperly Pleaded as 21st Century Centennial Insurance Company's, Initial Disclosure Statement* was served via electronic mail to all counsel of record.

                      MODRALL, SPERLING, ROEHL, HARRIS
                        & SISK, P.A.

                      By: */s/ Jeremy K. Harrison*
                          Timothy L. Fields
                          Jeremy K. Harrison
                          500 Fourth Street NW, Suite 1000 (87102)
                          P.O. Box 2168
                          Albuquerque, NM  87103-2168
                          Telephone: 505 848 1800
                          Facsimile:  505 848 1899
                          tfields@modrall.com
                          jkh@modrall.com

        CLYDE & CO US LLP
           Kevin M. Haas
           Marianne May
           200 Campus Drive, Suite 300
           Florham Park, NJ  07932
           Telephone: 973 210 6719
           Fax: 973 210 6701
           kevin.haas@clydeco.us
           marianne.may@cydeco.us

*Attorneys for Defendant Swiss Reinsurance America Holding Corporation, as administrator of certain liabilities of Colonial Penn Insurance Company, improperly pleaded as 21st Century Centennial Insurance Company, as Successor in Interest to Colonial Penn Insurance Accident & Indemnity Company.*

WE FURTHER CERTIFY that on this 12th day of October, 2015, we filed the foregoing Entry electronically through the CM/ECF system, causing all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: /s/ Jeremy K. Harrison
    Jeremy K. Harrison

*W2569477.DOCX*