IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CITY OF LAS CRUCES and**
**COUNTY DOÑA ANA,**

      **Plaintiffs,**

v.                                                **No. CIV-14-0931 MV/LAM**

**THE TRAVELERS INDEMNITY COMPANY,**
a Connecticut corporation, et al.,

      **Defendants.**

## ORDER TO FILE PERIODIC JOINT STATUS REPORTS

**THIS MATTER** is before the Court *sua sponte* following the Rule 16 Initial Scheduling Conference held on October 19, 2015. The Court has determined that it would be best, in the interests of case management, to require the parties to file with the Court periodic status reports regarding the status of this case.

**IT IS THEREFORE ORDERED** that the parties shall file periodic joint status reports in this case *every sixty (60) days*.

**IT IS SO ORDERED**.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**