IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CITY OF LAS CRUCES and COUNTY OF DOÑA ANA, <br><br> Plaintiffs, <br><br> vs. <br><br> THE TRAVELERS INDEMNITY COMPANY, a Connecticut Corporation; and UNITED STATES FIDELITY AND GUARANTY COMPANY, a Maryland Corporation, 21st CENTURY CENTENNIAL INSURANCE COMPANY, a Pennsylvania Corporation, as Successor in Interest to COLONIAL PENN INSURANCE COMPANY, and THE HARTFORD ACCIDENT & INDEMNITY COMPANY, a Connecticut Corporation, <br><br> Defendants. | Case No. 2:14-CV-00931-MV-LAM |

**STIPULATION AND CONSENT ORDER SUBSTITUTING SWISS REINSURANCE AMERICA CORPORATION AS DEFENDANT IN PLACE OF 21st CENTURY CENTENNIAL INSURANCE COMPANY**

This Stipulation and Consent Order is made by and between Plaintiffs, the City of Las Cruces and the County of Doña Ana, Defendant Swiss Reinsurance America Corporation, as administrator of certain liabilities of Colonial Penn Insurance Company, improperly pleaded as 21st Century Centennial Insurance Company, as Successor in Interest to Colonial Penn Insurance Company, Defendant United States Fidelity and Guaranty Company, Defendant The Travelers Indemnity Company, and Defendant Hartford Accident and Indemnity Company, and so ordered by the Court.

**WHEREAS**, Swiss Reinsurance America Corporation is the administrator of certain

1215723 2027356.1

liabilities of Colonial Penn Insurance Company;

**WHEREAS**, Swiss Reinsurance America Corporation was the proper party to be named as a defendant in this Action instead of 21st Century Centennial Insurance Company; and

**WHEREAS**, Swiss Reinsurance America Corporation should be substituted as a defendant in this Action in place of 21st Century Centennial Insurance Company;

**NOW**, the Parties hereto, intending to be legally bound, hereby agree and stipulate, and the Court so orders as follows:

1. Swiss Reinsurance America Corporation is substituted as a defendant in place of 21st Century Centennial Insurance Company;

2. The caption of this Action is hereby changed to show Swiss Reinsurance America Corporation as a defendant in place of 21st Century Centennial Insurance Company.

                        _approved telephonically on 2/25/2016_
                        Stephen J. Lauer
                        Larry D. Maldegen
                        Caitlin C. Dupuis
                        Comeau Maldegen Templeman & Indall LLP
                        P.O. Box 669, Santa Fe, NM  87504

                        Attorneys for the City of Las Cruces and Doña Ana County

                            /s/ *Jeremy K. Harrison*
                        Timothy L. Fields
                        Jeremy K. Harrison
                        Modrall Sperling Roehl Harris & Sisk PA
                        500 Fourth Street NW, Suite 1000 (87102)
                        P.O. Box 2168
                        Albuquerque, NM  87103-2168

                        and

                        Kevin M. Haas
                        Marianne May
                        Clyde & Co US LLP
                        200 Campus Drive, Suite 300
                        Florham Park, NJ 07932

        Attorneys for Swiss Reinsurance
        America Corporation as administrator
        of certain liabilities of Colonial Penn
        Insurance Company


        ___*approved electronically on 3/1/2016*_____
        Jon T. Neumann
        Steptoe & Johnson LLP
        Collier Center
        201 E. Washington, Suite 1600
        Phoenix, AZ  85004

        Attorneys for The Travelers Indemnity Company
        and United States Fidelity & Guaranty Company


        ___*approved electronically on 3/1/2016*_____
        M. Mitchell Moss
        Priscilla Marquez
        ScottHulse P.C.
        201 East Main Drive
        1100 Chase Tower
        El Paso, TX 79901

        and

        Stacy S. Freel
        Karbal Cohen Economou Silk Dunne, LLC
        150 S. Wacker Drive, Suite 1700
        Chicago, IL 60606

        Attorneys for Hartford Accident and Indemnity Company


IT IS SO ORDERED, this 17th day of March, 2016.

        _____
        MARTHA VÁZQUEZ
        UNITED STATES DISTRICT JUDGE