IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CITY OF LAS CRUCES and**
**COUNTY DOÑA ANA,**

    **Plaintiffs,**

v.      No. CIV-14-0931 MV/LAM

**THE TRAVELERS INDEMNITY COMPANY,**
a Connecticut corporation, et al.,

    **Defendants.**

## ORDER FOR PARTIES TO FILE A STATUS REPORT

    **THIS MATTER** is before the Court *sua sponte* upon a review of the docket.

    **IT IS HEREBY ORDERED THAT** the parties jointly file a status report with the Court *on or before July 25, 2016,* advising of the status of the case and whether the parties would like the Court to hold a status conference to reset deadlines in the case.

    **IT IS SO ORDERED.**

                                                                                                                                      */s/ Lourdes A. Martínez*
                                                                                 **LOURDES A. MARTÍNEZ**
                                                                                 **UNITED STATES MAGISTRATE JUDGE**