IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CITY OF LAS CRUCES and COUNTY OF DOÑA ANA, <br><br> Plaintiffs, <br><br> vs. <br><br> THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; and UNITED STATES FIDELITY AND GUARANTY COMPANY, a Maryland Corporation, <br><br> Defendants. | Civil No. 2:14-CV-00931-MV-LAM <br><br> United States District Judge <br> Martha A. Vazquez <br><br> Magistrate Judge Kevin R. Sweazea |

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

The Court, having considered the Unopposed Motion to Withdraw as Counsel for Plaintiffs by Maldegen, Templeman & Indall ("Motion") and being otherwise fully advised in the premises, grants the Motion and Orders that Maldegen, Templeman & Indall, LLP, Larry D. Maldegen, Stephen J. Lauer, and Caitlin Craft Dupuis shall be permitted to and shall be deemed to have withdrawn as counsel in the above-entitled matter upon consent of Plaintiffs. The clerk is hereby Ordered to remove the names of withdrawn counsel from the service list in this matter as counsel of record. Plaintiffs are hereby notified that they can appear only with an attorney and that any filings made by them may be stricken and default judgment or other sanctions may be imposed.

Representation of Plaintiffs shall continue through substitute counsel identified in the Motion.

_____
United States Magistrate Judge
Kevin R. Sweazea